

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2022

No. 04-22-00560-CV

**IN THE INTEREST OF J.C.H.-P.**, A Child,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00929
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On September 22, 2022, we abated this appeal and ordered the trial court to appoint appellate counsel if it determined appellant was indigent. On September 26, 2022, the district clerk filed a supplemental clerk's record containing an order appointing appellate counsel. Accordingly, we **reinstate** this appeal on this court's docket. At this time, the appellate record is complete. We therefore **order** appellant to file her brief **by October 19, 2022.**

It is so **ORDERED** September 29, 2022.

**PER CURIAM**

ATTESTED TO: _____
      MICHAEL A. CRUZ,
      CLERK OF COURT